**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2549**

———————

LENIR RICHARDSON,

Plaintiff - Appellant,

versus

METRO TRANSIT AUTHORITY; FAIRFAX CONNECTOR;
COMMONWEALTH OF VIRGINIA,

Defendants - Appellees,

and

KIMBERLY POWEL; J. C. LYLE, Officer #241;
FREEDOM BAIL BONDING, CORPORATION,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-04-874-1)

———————

Submitted: March 18, 2005          Decided: April 1, 2005

———————

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Lenir Richardson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lenir Richardson appeals the district court's order dismissing for failure to state a claim some but not all of the defendants named in Richardson's civil rights action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED